City of New York, Respondent, v. Assurance Company of America, Appellant.— Motion granted; question certified.

Conrado Danielsen, Respondent, v. James Ahearn, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $1,000, in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

Herman Ganss, Appellant, v. J. M. Guffey Petroleum Company, Respondent. — Judgment affirmed on 125 Appellate Division, 760, with costs. Clarke, J., dissented on opinion on former appeal.

In the Matter of the Probate of a Paper Purporting to be the Last Will and Testament of Charles G. Spencer, Deceased, Dated July 25, 1882, as a Will of Personal Property. Eleanora L. S. Cenci, Princess de Vicovaro, Contestant, Appellant; Lorillard Spencer (Proponent) and William A. Spencer, Respondents.